FILED
AUG 3 1 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

1  O'Neater J. George
2  13201 Casimir Ave
3  310 951-8144
   Gardena, Ca 90249
4
5              United States District Court
6              Southern District of California
7
8                         [
9
10  O'Neater J. George            '15 CV 1929 GPC BGS
11
12         -V-
13  Ocwen Loan Servicing LLC
14
15
16
17  Statue of Frauds
18  On my original application for a 30 year Fixed
19  Rate mortgage I request 30 years Fixed
20  but this loan is Adjustable Rate with
21  a balloon payment to start monthly
22  payments from $1,266. monthly to 2300.—
23  
24  Plus per month. Plus I signed for
25  Impounds of Taxes and Insurance
26  which was only Taken out one time
27  and stopped. I request a modification
28  They made me Holded back on pmts
    to become delinquent on and added
    $2800.— more to the loan balance
    charging for modification. This loan
    interest only. 8-27-15 O'Neater George

only tried to straighten it out several time to no avail the Deed of Trust is for $266,000.00 which won't match $268,770.47 they say is owed. I paid 6 years 1266.00 month. No change to balance modificated in 2011 no reduction only changed to interest only. I have the paper work from Naca. Stating they were going to also impound taxes and insurance again and they lied again. This was just a lie I lost my job and they said they would help me. Requesting information from company and they can't send it to me

Pooling & Servicing Agreement
Qualified Written Request
Copy of ~~Deed~~ Assignment of Deed of Trust.